**Order filed August 28, 2012**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00153-CV
_____

**KIEN M. NGUYEN, Appellant**

**V.**

**CITIBANK NA, Appellee**

---

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 997217**

---

## ORDER

Appellant's brief was due **August 6, 2012.** No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **September 27, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM